JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARNOLD COLLINS, ) | Case No. EDCV 11-1336-JFW (MLG) |
|     Petitioner, ) | JUDGMENT |
|     v. ) | |
| DOMINGO URIBE, Warden, ) | |
|     Respondent. ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 28, 2011

_____
John F. Walter
United States District Judge

