JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ARNOLD COLLINS,

    Petitioner,

    v.

DOMINGO URIBE, Warden,

    Respondent.

Case No. EDCV 11-1336-JFW (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: September 28, 2011

John F. Walter
United States District Judge